**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ADAPTIVE DATA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-1538-RGA |
| | ) | |
| v. | ) | |
| | ) | |
| ALIPH, INC. d/b/a JAWBONE | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Plaintiff Adaptive Data LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant has not yet answered the Complaint. Accordingly, Adaptive Data LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1).

Dated:  January 23, 2015                    STAMOULIS & WEINBLATT LLC

 /s/ Stamatios Stamoulis
Stamatios Stamoulis #4606
 stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540

*Counsel for Plaintiff
 Adaptive Data LLC*